

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Joshua Wiley Mitchell, Appellant | Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27395). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley* participating. *Justice Moseley, Retired, Sitting by Assignment. |
| No. 06-18-00014-CR　　v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the aggravated assault judgment to reflect "22.02 & 12.42 Penal Code" as the "Statute for Offense," and we modify the family violence assault judgment to reflect "22.01 & 12.42 Penal Code" as the "Statute for Offense." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Joshua Wiley Mitchell, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 14, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk